David M. Wiseblood (SBN 115312)
Law Offices of David M. Wiseblood
601 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 547-2700
Facsimile: (415) 547-2701
E-Mail:  dwiseblood@wisebloodlaw.com

Attorneys for Defendants
AARON POTT and
HUIS CLOS CONSULTING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>WALLDESIGN, INC., a subchapter S Corporation,<br><br>Debtor and Debtor-in-Possession.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WALLDESIGN, INC.,<br><br>Plaintiff(s)<br><br>v.<br><br>AARON POTT, an individual; HUIS CLOS CONSULTING, LLC, a California limited liability company; and DOES 1-10, Inclusive,<br><br>Defendant(s). | Case No.: SACV15-01844 VAP<br><br>Chapter:  11<br><br>AP No.:  8:13-ap-01413-CB<br><br>**DEFENDANT AARON POTT AND HUIS CLOS CONSULTING, LLC'S NOTICE OF MOTION AND MOTION TO WITHDRAW THE REFERENCE FOR JURY TRIAL**<br><br>Date:  July 16, 2018<br>Time:  2:00 p.m.<br>Place:  Courtroom 8A, 8th Floor |

TO PLAINTIFF, BRIAN WEISS, AND THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Defendants, Aaron Pott and Huis Clos Consulting, LLC ("Defendants") move to withdraw the reference of the above adversary proceeding for jury trial only.

This motion is made pursuant to the Court's Chapter IV Local Rules Governing Bankruptcy Appeals, Cases and Proceedings, and specifically, Part II, Rule 9.  This motion is

also made pursuant to F.R.B.P. 5011, 28 U.S.C. § 157, Local Bankruptcy Rule 9015-1(h), and the other authorities in the accompanying brief.  The grounds for this motion are that Defendants have a right to a jury trial in this case based upon the Plaintiff's amended complaint and Defendants' answer demanding a District Court jury trial, and the absence of consent by the Defendants to a trial being conducted in bankruptcy court.

Opposition and reply papers to the motion to withdraw shall be filed in the District Court in accordance with Local Civil Rule 7.  Opposition papers shall include a certification as to interested parties and notice of related cases as prescribed in Local Civil Rules 7.1-1 and 83-1.3.

Respectfully submitted,

LAW OFFICES OF DAVID M. WISEBLOOD

Dated:  June 14, 2018          By /s/David M. Wiseblood
                                  David M. Wiseblood
                                  Attorneys for Defendants
                                  AARON POTT and
                                  HUIS CLOS CONSULTING, LLC