UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG 12, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

In re

Walldesign, Inc., a subchapter S Corporation,

    Debtor and

    Debtor-in-Possession.

_____

Official Committee of Unsecured Creditors of Walldesign, Inc.,

    Plaintiff,

v.

Aaron Pott, an individual; Huis Clos Consulting, LLC, a California limited liability company; and Does 1-10, inclusive,

    Defendants.

Case No.: 2:15-CV-01844-VAP

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's August 7, 2019 Order Granting Plaintiff Trustee's Motion for Default Judgment, IT IS ORDERED AND ADJUDGED:

1

1. That Plaintiff Trustee be awarded against Mr. Pott in the principal amount of $214,068.78, pre-judgment interest of $139,993.25 as of March 5, 2019, and per diem interest at the rate of $41.05 from March 5, 2019 until the entry of judgment;

2. That Plaintiff Trustee be awarded against Huis Clos Consulting, LLC in the total principal amount of $14,000, pre-judgment interest of $7,272.14 as of March 5, 2019, and per diem interest at the rate of $2.68 from March 5, 2019 until entry of the judgment; and

3. That the funds ($402,301.38) held by Clerk of the Bankruptcy Court be released as a cash bond to the Plaintiff Trustee to satisfy the judgment, who has retained possession of them since November 2015.

**IT IS SO ORDERED.**

Dated: 8/12/19

Virginia A. Phillips
Chief United States District Judge